## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **JENNIFER GREEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   **3:15-cv-00313-wmc** |
| v. | ) |
| | )   **Judge Conley** |
| **ASSET RECOVERY SOLUTIONS, LLC.,** | )   **Magistrate Judge Crocker** |
| | ) |
| **Defendant.** | ) |

## ENTRY OF DEFAULT

Plaintiff, JENNIFER GREEN, has requested that the Clerk of this Court enter a default against Defendant, ASSET RECOVERY SOLUTIONS, LLC., pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that Defendant has failed to appear, plead or otherwise defend, the default of Defendant, ASSET RECOVERY SOLUTIONS, LLC., is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this ___6th___ day of ___July_____, 2015.

                                                                           __s/L. Kamke, Deputy Clerk_____
                                                                           Peter Oppeneer, Clerk of Court